# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| ALAAHCONTAYNA AL | * | |
| PLAINTIFF | * | |
| | * | CASE NO. 4:21CV00150 SWW |
| V. | * | |
| | * | |
| STATE OF OKLAHOMA, et al. | * | |
| DEFENDANTS | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 16TH DAY OF MARCH, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE